Núm. 7938.—Hess Klinger, etc., apldos. *v.* Mestres, Sucn., dmdados. y Mestres, aplte.—C. D. Arecibo. Junio 6, 1939.

(Por la Corte, a propuesta del Juez Asociado Sr. Wolf.)

Por cuanto, se solicita la desestimación del presente recurso por alegada falta de notificación del escrito de apelación a otras partes en el pleito que pudieran ser perjudicadas o afectadas;

Por cuanto, el apelante en su contestación alega que las partes cuya notificación omitióse no son partes interesadas ni necesarias en el procedimiento;

Por tanto, no estando convencido de los méritos de la moción, se declara la misma sin lugar.